Submitted on record and briefs April 20, affirmed May 8, reconsideration denied August 16, petition for review denied December 12, 1978

STATE OF OREGON, *Respondent,*
*v.*
DONALD LEE BERGER, *Appellant.*
(No. DA 135288, CA 9669)

578 P2d 4

Donald L. Berger, Portland, filed the brief in propria persona for appellant.

James A. Redden, Attorney General, Al J. Laue, Solicitor General, and Jan P. Londahl, Assistant Attorney General, Salem, filed the brief for respondent.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Affirmed. ORS 9.320;[1] *United States v. Irwin,* 561 F2d 198 (10th Cir 1977), *cert den* 434 US 1012 (1978); *United States v. Whitesel,* 543 F2d 1176 (6th Cir 1976), *cert den* 431 US 967 (1977); *United States v. Kelley,* 539 F2d 1199 (9th Cir), *cert den* 429 US 963 (1976); *United States v. Jordan,* 508 F2d 750 (7th Cir), *cert den* 423 US 842 (1975); *United States v. Cooper,* 493 F2d 473 (5th Cir), *cert den* 419 US 859 (1974).

---

[1] "Any action, suit, or proceeding may be prosecuted or defended by a party in person, or by attorney, except that the state or a corporation appears by attorney in all cases, unless otherwise provided by law * * *." ORS 9.320.